# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NF16 | E 1174303 | G.D. Potter | 2016 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 10/07/2021 0844
Offense Charged: ☒ CFR ☐ USC ☐ State Code
38 CFR 1.218(b) 29

Place of Offense: Liberty Garage 1st Floor

Offense Description: Factual Basis for Charge
Parking in Visitor/Patient Reserved Pkng

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Jackson
First Name: Ashlee T.

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| PIX X73 | FL | 16 | MBZ CLA250 | | Silver |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 15.— Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ 45.— Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1174303*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Oct 7th, 20 21 while exercising my duties as a law enforcement officer in the Northern District of Florida.

On Thursday, October 7th, 2021 at approximately 0844 hours, while exercising my duties as a Federal Law Enforcement Officer in the Northern District of Florida, I was contacted by the security guard assigned to the Liberty Parking Garage advising of a 2016, Mercedes, CLA 250, silver in color with Florida License Plate # PIX-X73 attached which was parked on the 1st floor, in an area designated as "Visitor/Patient Parking Only." A query of the attached tag through FCIC/NCIC and DAVID showed that the vehicle was registered to Ashlee T. Jackson who is a VA employee.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/07/2021
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

CVB SCAN 11/02/2021 16:40